Neil M. Kliebenstein (SBN 226060)
Neil.kliebenstein@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1364
Telephone:  (408) 279-5393
Facsimile:    (408) 279-5845

Attorneys for Defendants
Stanley Black & Decker, Inc.,
Black & Decker (U.S.) Inc. and
Home Depot, U.S.A., Inc.

Micah K. Nilsson (SBN 250919)
mnilsson@zimmermelton.com
Justin L. Thomas (SBN 288590)
jthomas@zimmermelton.com
ZIMMER & MELTON, LLP
11601 Bolthouse Drive, Suite 100
Bakersfield, CA 93311
661.463.6700
Fax: 661.501.4221

Attorneys for Plaintiff
Matthew McCaleb

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCALEB,<br><br>                        Plaintiff,<br><br>vs.<br><br>BLACK & DECKER (U.S.) INC., STANLEY BLACK & DECKER, INC., HOME DEPOT U.S.A., INC. and does 1 through 50, Inclusive,<br><br>                        Defendants. | Case No. 1:20-cv-00937-AWI-JLT<br><br>ORDER CLOSING THE ACTION AS TO STANLEY BLACK & DECKER, INC. ONLY (Doc. 6) |

The parties have stipulated to close the action as to Stanley Black & Decker, Inc. only with the parties to bear their own fees and costs. (Doc. 6) Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Accordingly, the Clerk of Court is DIRECTED to close this action as to Stanley Black & Decker, Inc. **only**.

IT IS SO ORDERED.

Dated:   **September 16, 2020**          **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE