# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCALEB,<br><br>    Plaintiff,<br><br>    v.<br><br>BLACK & DECKER (U.S.), INC., et al.,<br><br>    Defendants. | Case No.: 1:20-CV-0937-AWI - JLT<br><br>ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |

The Court held a mid-discovery status conference (Doc. 16). At the conference, the parties discussed information missing from the plaintiff's initial disclosures. At the hearing, the Court ORDERED the plaintiff to produce the missing information no later than March 12, 2021. In the meanwhile, the plaintiff has produced a supplement to his disclosures. (Doc. 17) The Court notes that the contact information for Cheyenne Wallace is still missing and the name and contact information for Ms. Wallace's father—who the Court was told was the owner of the saw at issue—has not been provided. Id. at 3. Finally, though the disclosure identifies clinics, hospitals and the like, it fails to name even one treating doctor.[1] Id. All of the missing information SHALL be provided by March. The plaintiff is advised that he SHALL cooperate with discovery or he will face

---

[1] The supplement indicates that records were being produced along with the disclosure. Those were not filed with the Court. It may be that the records plainly identify the names and contact information for the treating medical providers. If they do not, plaintiff SHALL provide this information by March 12, 2021.

1

involuntary dismissal of his action either due to the failure to comply with the Court's orders or due to discovery motions.

IT IS SO ORDERED.

Dated:  **March 8, 2021**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE